LITTLER MENDELSON, P.C.
A. Michael Weber
Lisa M. Brauner
900 Third Avenue, 8th Floor
New York, NY 10022-4834
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HENRY MCLEAN and EDWIN RIVERA, | 10 Civ. 3950 (RJS/JCF) |
| Plaintiffs, | (ECF CASE) |
| -against- | |
| GARAGE MANAGEMENT CORP., a New York corporation; GARAGE MANAGEMENT ASSOCIATES LLC, a Delaware limited liability company; CHAPMAN CONSULTING PAYROLL LLC, a New York limited liability company; CHAPMAN CONSULTING LLC, a New York limited liability company; and RICHARD M. CHAPMAN, Individually, | |
| Defendants. | |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants provide the following information:

1. Garage Management Corp. has no parent company, and there is no publicly held company that owns 10% or more of its stock.

2. Garage Management Associates LLC's parent company is CFG Associates LLC, and there is no publicly held company that owns 10% or more of its stock.

3.    Chapman Consulting Payroll LLC has no parent company, and there is no publicly held company that owns 10% or more of its stock.

4.    Chapman Consulting LLC has no parent company, and there is no publicly held company that owns 10% or more of its stock.

                        Respectfully submitted,

                        */s/ A. Michael Weber*
                        LITTLER MENDELSON, P.C.
                        A. Michael Weber
                        Lisa M. Brauner
                        900 Third Avenue, 8th Floor
                        New York, NY 10022-4834
                        Telephone: (212)583-9600
                        Facsimile: (212)832-2719
                        mweber@littler.com
                        lbrauner@littler.com
                        *Attorneys for Defendants*

Dated: June 4, 2010

## CERTIFICATE OF SERVICE

I, A. Michael Weber, hereby certify that I electronically filed the foregoing DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to attorneys for plaintiffs:

>Stephen H. Kahn, Esq.
>Kahn Opton, LLP
>228 East 45th Street, 17th Floor
>New York, NY 10017
>Ph: 212-966-8686
>
>Kahn Opton, LLP
>One Parker Plaza
>Fort Lee, NJ 07024
>Ph: 201-947-9200
>Fax: 201-402-6878

At his registered email address of: skahn@kahnopton.com

>/s/ A. Michael Weber
>A. Michael Weber

Date:  June 4, 2010