```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HENRY MCLEAN and EDWIN RIVERA,

    Plaintiffs,

-against-

GARAGE MANAGEMENT CORP., a New York corporation; GARAGE MANAGEMENT ASSOCIATES LLC, a Delaware limited liability company; CHAPMAN CONSULTING PAYROLL LLC, a New York limited liability company; CHAPMAN CONSULTING LLC, a New York limited liability company; and RICHARD M. CHAPMAN, Individually,

    Defendants.

10 Civ. 3950 (DLC/GWO)

(ECF CASE)

**STIPULATION FOR DEFENDANTS TO AMEND THEIR ANSWER**

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that Defendants may amend their Answer in this case to include an affirmative defense that Plaintiffs' New York Labor Law claims are preempted by Section 301 of the Labor Management Relations Act.

IT IS FURTHER STIPULATED AND AGREED that facsimile copies of the signatures of the parties' counsel on this stipulation may be treated as originals for all purposes.

Dated: September 13, 2010
       Fort Lee, New Jersey

KAHN OPTON, LLP

By: _____
    Stephen H. Kahn, Esq. SK 7780

One Parker Plaza,
Fort Lee, New Jersey 07024.
(201) 947-9200

*Attorneys for Plaintiffs*

Dated: September 10, 2010
       New York, New York

LITTLER MENDELSON, P.C.

By: _____
    A. Michael Weber, Esq.
    Lisa M. Brauner, Esq.
    Elias J. Kahn, Esq.

900 Third Avenue, 8th Floor
New York, NY 10022
(212) 583-9600
*Attorneys for Defendants*

_____
/U.S.D.J.

Sept. 14, 2010