UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY MCLEAN and EDWIN RIVERA,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>GARAGE MANAGEMENT CORP., a New York corporation; GARAGE MANAGEMENT ASSOCIATES LLC, a Delaware limited liability company; CHAPMAN CONSULTING PAYROLL LLC, a New York limited liability company; CHAPMAN CONSULTING LLC, a New York limited liability company; and RICHARD M. CHAPMAN, Individually,<br><br>　　　　　　　Defendants. | 10 Civ. 3950 (DLC/GWG)<br><br>(ECF CASE)<br><br>**STIPULATION FOR DEFENDANTS TO AMEND THEIR ANSWER FOR THE SECOND TIME** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that Defendants may amend their Answer for the second time in this case to include an affirmative defense that Plaintiffs' New York Labor Law and FLSA claims are barred because Plaintiffs failed to exhaust their grievance and arbitral remedies under the applicable collective bargaining agreement.

IT IS FURTHER STIPULATED AND AGREED that facsimile copies of the signatures of the parties' counsel on this stipulation may be treated as originals for all purposes.

Dated: September __, 2010
Fort Lee, New Jersey

KAHN OPTON, LLP

By: _____
　　Stephen H. Kahn, Esq.

One Parker Plaza
Fort Lee, New Jersey 07024.
(201) 947-9200

*Attorneys for Plaintiffs*

Dated: September 20, 2010
New York, New York

LITTLER MENDELSON, P.C.

By: _____
　　A. Michael Weber, Esq.
　　Lisa M. Brauner, Esq.
　　Elias J. Kahn, Esq.
900 Third Avenue, 8th Floor
New York, NY 10022
(212) 583-9600

*Attorneys for Defendants*

_____
U.S.D.J.
Sept. 21, 2010